**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| SHEILA RUSHDAN, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. AW-05-880 |
| SURRATTSVILLE HIGH SCHOOL, *et al.*, | * | |
| Defendants. | * | |

\*\*\*\*\*

## ORDER

It is this 17th day of October, 2005, in the United States District Court for the District of Maryland **ORDERED:**

1. That this case is hereby **CLOSED**; AND

2. That the Clerk of the Court transmit a copy of this Order to all counsel and parties of record.

/s/
Alexander Williams, Jr.
United States District Court